

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-17-00524-CV

**Freddie Lee Walker**

**v.**

**David Gutierrez, Chairman of the, Texas Board of Pardons and Paroles; Roy A. (Tony) Garcia, Commissioner; Wanda Saliagas, Commissioner; and Federico Rangel, Board Member**

NO. D-1-GN-17-001513 IN THE 200TH DISTRICT COURT OF TRAVIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 07/19/2017 | INDIGENT | ANT |
| RPT RECORD | $78.75 | 06/27/2017 | UNKNOWN | UNK |
| STATEWIDE EFILING | $30.00 | 06/22/2017 | INDIGENT | ANT |
| INDIGENT | $25.00 | 06/22/2017 | INDIGENT | ANT |
| CHAPTER 51 | $50.00 | 06/22/2017 | INDIGENT | ANT |
| FILING | $100.00 | 06/22/2017 | INDIGENT | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $293.75.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this 25th day of May, 2018.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**